IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON HALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:13-cv-00409 |
| RAMDEV JI, LLC, | ) Judge Trauger ) |
| Defendant. | ) ) ) |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter having come before the Court on Defendant's *Unopposed Motion for Extension of Time to Respond* and the Court having considered the Motion concludes that good cause exists to extend the time for Defendant to respond to Plaintiff's Complaint through Monday, June 24, 2013.

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Respond is **GRANTED**, and Defendant shall have through Monday, June 24, 2013, to respond to Plaintiff's Complaint.

_____
JUDGE

APPROVED FOR ENTRY:

/s/ C. Marie Stacey
Jimmy H. Watson, Sr., BPR No. 016530
C. Marie Stacey, BPR No. 028747
306 Gay Street, Suite 301
Nashville, TN 37201
Telephone: (615) 244-1018

Counsel for Defendant, RAMDEV JI, LLC