IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON HALL, | ) |
| | ) |
|    Plaintiff, | )    Case No. 3:13-cv-00409 |
| | ) |
| v. | )    Judge Trauger |
| | ) |
| RAMDEV JI, LLC | ) |
| | ) |
|    Defendant. | ) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 F.R.Civ.P. and as evidenced by the signature of counsel below, Plaintiff Brandon Hall and Defendant Ramdev Ji, LLC, submit this Agreed Order of Dismissal with Prejudice and request entry of such dismissal, with each party bearing their own costs and attorney fees.

ACCORDINGLY, it is hereby Ordered that Plaintiff's Complaint against Ramdev Ji, LLC, No. 3:13-cv-00409, is dismissed with prejudice with each party bearing their own costs and attorney fees.

It is so **ORDERED:**

_____
**HONORABLE ALETA TRAUGER
UNITED STATES JUDGE**

APPROVED FOR ENTRY:

*/s/ M. Clark Spoden* _____
M. Clark Spoden (BRP No. 07364)
Brian C. Neal (BPR No. 22532)
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 244-5200
clark.spoden@stites.com

Jimmy H. Watson, Sr. (BPR No. 16530)
C. Marie Stacey (BPR No.28747)
306 Gay Street, Suite 301
Nashville, TN  37201
Telephone: (615) 244-1018

*Attorneys for Defendant Ramdev Ji, LLC*


*/s/ Richard Philiponis (w/permission)*
Richard Philiponis
The Higgins Firm
116 Third Avenue, South
Nashville, TN 37201
Telephone: (615) 353-0930
rdp@higginsfirm.com

*Counsel for Plaintiff*



1005167:1:NASHVILLE