IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON HALL, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Consolidated case 3:13-0409** |
| v. ) | Civil No. 3:13-0508 |
| ) | Judge Trauger |
| HILLSBORO PLAZA RETAIL PARTNERS I, ) | |
| LLC, *a Tennessee Limited Liability Company* ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order. The initial case management conference on August 16, 2013 as to this case is **CANCELLED**.

It is so **ORDERED**.

ENTER this 26th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge