Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON HALL, | ) |
| | ) |
| Plaintiff, | ) CONSOLIDATED CASE NO. |
| | ) 3:13-cv-0409 |
| v. | ) Civil Action No. 3:13-CV-0508 |
| | ) |
| HILLSBORO PLAZA RETAIL PARTNERS I, LLC, | ) Judge Trauger |
| | ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 Fed. R. Civ. P. and the agreement of the parties as evidenced by the signature of counsel on the attached Agreed Order of Dismissal with Prejudice, Defendant Hillsboro Plaza Retail Partners I, LLC, moves for entry of the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

*/s/ M. Clark Spoden*
M. Clark Spoden (BPR #7364)
Brian C. Neal (BPR #22532)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

*Attorneys for Defendant Hillsboro Plaza Retail Partners I, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August 2013, a copy of the foregoing was served via ECF upon Anne Williams, Higgins, Himmelberg & Piliponis, PLLC, 116 Third Avenue South, Nashville, TN 37201; Lawrence A. Fuller, Fuller, Fuller & Associates, P.A., 12000 Biscayne Blvd., Ste. 609, North Miami, FL 33181.

*/s/ M. Clark Spoden*

1010054:1:NASHVILLE