IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON HALL, | ) |
| | ) |
| Plaintiff, | ) CONSOLIDATED CASE NO. 3:13-cv-0409 |
| | ) Civil Action No. 3:13-CV-0510 |
| v. | ) |
| | ) Judge Trauger |
| COLEMAN PARTNERS, LLC | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 Fed. R. Civ. P. and as evidenced by the signature of counsel below, Plaintiff Brandon Hall and Defendant Coleman Partners, LLC, submit this Agreed Order of Dismissal with Prejudice and request entry of such dismissal, with each party bearing their own costs and attorney fees.

ACCORDINGLY, it is hereby Ordered that Plaintiff's Complaint in this case is dismissed with prejudice with each party bearing their own costs and attorney fees.

It is so **ORDERED:**

                                            **HONORABLE ALETA TRAUGER**
                                            **UNITED STATES DISTRICT JUDGE**

APPROVED FOR ENTRY:

*/s/ Lawrence A. Fuller (w/permission)*
Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181
Telephone: (305) 891-5199
lfuller@fullerfuller.com

and

Anne H. Williams, Esq. (BPR No. 022407)
The Higgins Firm
116 Third Avenue, South
Nashville, TN 37201
Telephone: (615) 353-0930
anne@higginsfirm.com

*Counsel for Plaintiff*


*/s/ M. Clark Spoden*
M. Clark Spoden (BRP No. 07364)
Brian C. Neal (BPR No. 22532)
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 244-5200
clark.spoden@stites.com
brian.neal@stites.com

*Counsel for Defendant*

1010035:1:NASHVILLE