**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDON HALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELL FORGE IMPROVEMENTS, LLC, )<br>a Delaware limited liability company, )<br>)<br>Defendant. ) | Civil Action No. 3:13-cv-00459<br>Consolidated into Lead Case No.<br>3:13-cv-0409<br>Judge Trauger |

### MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 Fed. R. Civ. P. and the agreement of the parties as evidenced by the signature of counsel on the attached Agreed Order of Dismissal with Prejudice, Defendant Bell Forge Improvements, LLC, moves for entry of the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

*/s/ Brian C. Neal*
M. Clark Spoden (BPR #7364)
Brian C. Neal (BPR #22532)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

*Attorneys for Defendant Bell Forge Improvements, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2013, a copy of the foregoing was served via ECF upon Anne Williams, Higgins, Himmelberg & Piliponis, PLLC, 116 Third Avenue South, Nashville, TN 37201; Lawrence A. Fuller, Fuller, Fuller & Associates, P.A., 12000 Biscayne Blvd., Ste. 609, North Miami, FL 33181.

*/s/ Brian C. Neal*

1011112:1:NASHVILLE